*ENGELMAYER, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/21/2012

------------------------------------------------------------ X

LOUISIANA MUNICIPAL POLICE
EMPLOYEES' RETIREMENT SYSTEM,
individually and on behalf of all others similarly
situated,

Plaintiff,

v.

JPMORGAN CHASE & CO. and JPMORGAN
CHASE BANK, N.A.,

Defendants.

------------------------------------------------------------ X

12-CV-6659-PAE

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

WHEREAS, Plaintiff filed a complaint in this action on or about August 30, 2012;

WHEREAS, the Complaint was served on JPMorgan Chase & Co. and JPMorgan
Chase Bank, N.A. on September 5, 2012, such that their answer, motion or response to the
complaint was originally to be due on September 26, 2012 (Docket # 3);

WHEREAS, Defendants desire to extend the time for the Defendants to answer,
move or otherwise respond to the Complaint and the parties desire to establish a briefing
schedule with respect to any motion to dismiss filed;

WHEREAS, no prior requests for an extension have been made.

NOW THEREFORE, subject to the approval of the Court, the Plaintiff and the
Defendants, through their respective undersigned counsel, stipulate as follows:

1.      The time for Defendants to answer, move or otherwise respond to the
complaint is extended to and including November 26, 2012.

2.      Should Defendants file a motion under Fed. R. Civ. P. 12 rather than

answer the Complaint on or before November 26, 2012, Plaintiff shall have 60 days from the

date Defendants' motion in response to the Complaint is filed to file a memorandum of law in

opposition.

3.      Should Plaintiff file an opposition to Defendants' motion to dismiss,

Defendants shall have 30 days from the date of Plaintiff's memorandum of law in opposition is

filed to file a reply memorandum of law in further support.

Dated: September 21, 2012

BERNSTEIN LITOWITZ BERGER
GROSSMANN LLP


John C. Browne
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com

KESSLER TOPAZ MELTZER & CHECK,
LLP


Joseph H. Meltzer
Peter H. LeVan, Jr.
Naumon A. Amjed
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
plevan@ktmc.com
namjed@ktmc.com

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP


Susan L. Saltzstein
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
susan.saltzstein@skadden.com

*Attorney for JPMorgan Chase & Co. and
JPMorgan Chase Bank, N.A.*

NIX PATTERSON & ROACH, LLP

Bradley E. Beckworth
205 Linda Drive
Daingerfield, TX 75683
Telephone: (903) 645-7333
Facsimile: (903) 645-4415
bbeckworth@nixlawfirm.com
   and
Jeffrey J. Angelovich
Brad E. Seidel
3600 N. Capital of Texas Hwy., Bldg.. B
Suite 350
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
jangelovich@npraustin.com
bseidel@npraustin.com

*Attorneys for Plaintiff Louisiana Municipal
Police Employees' Retirement System and
Proposed Co-Lead counsel for the Class*

**IT IS SO ORDERED**

DATED: 9/21/12

Paul A. Engelmayer

Hon. Paul A. Engelmayer U.S.D.J.