UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

LOUISIANA MUNICIPAL                              Docket  Number: 12 CV 6659 (BSJ)

        -against-                              NOTICE OF REASSIGNMENT

JP MORGAN CHASE
--------------------------------------------------------

      The above-entitled action is:

[  X  ]Reassigned to the Hon. BARBARA S. JONES (BSJ)

[    ] Reassigned Referral to Hon.                    ,Magistrate Judge

[    ] Reassigned Designation to Hon.                    ,Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                    Ruby J. Krajick
                                    Clerk of Court

Dated: 09/25/2012                    By:    PHYLLIS ADAMIK
                                    Deputy Clerk