```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
LOUISIANA MUNICIPAL POLICE EMPLOYEES'      :
RETIREMENT SYSTEM, individually and on     :
behalf of all others similarly             :    12 Civ. 6659 (DLC)
situated,                                  :
                                           :       Corrected
                     Plaintiff,            :         ORDER
                                           :
          -v-                              :
                                           :
JPMORGAN CHASE & CO. and JPMORGAN CHASE    :
BANK, N.A.,                                :
                                           :
                     Defendants.           :
                                           :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 10/17/12

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes.  On October 1, counsel for the Louisiana Municipal Police Employees' Retirement System filed a Motion for Appointment of Interim Class Counsel and to Consolidate Subsequently Filed Related Actions (the "October 1 Motion").  It is herby

ORDERED that any opposition to the October 1 Motion shall be served and filed by October 23, 2012.

IT IS FURTHER ORDERED that a conference will be held to consider the October 1 Motion at **10:00 AM** on **October 26, 2012,** in Courtroom 15B, United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants.

SO ORDERED:

Dated:   New York, New York
         October 17, 2012

                                        DENISE COTE
                        United States District Judge